# EXHIBIT 1

# United States of America
## United States Patent and Trademark Office

# ROBOCAR POLI

**Reg. No. 4,762,407**
**Registered June 30, 2015**
**Int. Cls.: 3, 5, 9, 14, 16, 17, 18, 20, 21, 24, 25, 27, 28, 29, 30, 32 and 41**

**TRADEMARK**
**SERVICE MARK**
**PRINCIPAL REGISTER**



*Michelle K. Lee*
Director of the United States
Patent and Trademark Office

ROIVISUAL CO., LTD. (REPUBLIC OF KOREA CORPORATION)
MYEONGEUN BUILDING 3RD FLOOR
12-3 NONHYUN-DONG
GANGNAM-GU, SEOUL, REPUBLIC OF KOREA

FOR: ESSENTIAL OILS FOR FLAVORING CAKES; POLISHING WAX; LAVENDER OIL; BATH SOAP; PERFUMERY WITH ELECAMPANE; LIQUID SOAP; BODY LOTIONS; BABY OIL; TOILETRIES, NAMELY, BABY POWDER; SHAMPOOS; FABRIC SOFTENERS FOR LAUNDRY USE; BABY SHAMPOO; COSMETIC LIP CARE PREPARATIONS; DENTIFRICES; HAND CLEANING PREPARATIONS; PERFUMES; HAIR LOTIONS; BEAUTY MASKS; COSMETIC SUN OILS; FACE POWDER FOR COSMETIC PURPOSES , IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: BABY FOOD MADE FROM AGRICULTURAL PRODUCTS; ADHESIVE PLASTERS FOR MEDICAL PURPOSES; INSECT REPELLENTS; MOTHPROOFING PAPER; VITAMIN TABLETS; VITAMIN PREPARATIONS; FUNGICIDES; CRUDE MEDICINES IN THE FORM OF TINCTURES FOR THE TREATMENT OF SKIN DISORDERS; PHARMACEUTICAL PREPARATIONS FOR ACTIVATING CELLULAR FUNCTION; ALLERGY MEDICATIONS; FIRST AID KITS FOR DOMESTIC OR OTHER NON-PROFESSIONAL USE; PHARMACEUTICAL OINTMENTS FOR THE TREATMENT OF SKIN DISORDERS; MILK SUGAR FOR MEDICAL PURPOSES; DISINFECTANTS FOR HYGIENE PURPOSES; BABY DIAPERS; LACTEAL FLOUR FOR BABIES; MAGNETIC BRACELETS FOR MEDICAL PURPOSES; GLUCOSE FOR MEDICAL PURPOSES; PHARMACEUTICAL PREPARATIONS FOR THE TREATMENT OF RESPIRATORY DISEASES AND DISORDERS; AMINO ACIDS FOR NUTRITIONAL PURPOSES, NAMELY, FOR AIDING GROWTH AND DEVELOPMENT IN CHILDREN; DIETARY FOOD SUPPLEMENT CONTAINING TWO OR MORE KINDS OF VITAMINS; HEALTH FOOD SUPPLEMENT CONTAINING TWO OR MORE KINDS OF VITAMINS; DIETARY FOOD SUPPLEMENT CONTAINING MINERALS AND VITAMINS; DIETARY FOOD SUPPLEMENT, NAMELY, LACTIC ACID BACTERIA AGENTS CONTAINING VITAMINS; DIETARY FOOD SUPPLEMENT MAINLY CONTAINING OMEGA-3; DIETARY FOOD SUPPLEMENT CONTAINING VITAMINS MADE BY USING ORGANIC MATERIALS; DIETARY FOOD SUPPLEMENT MAINLY CONTAINING COLOSTRUM; DIETARY FOOD SUPPLEMENT MAINLY CONTAINING PROPOLIS, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FOR: MP3 PLAYERS; DRY CELLS AND BATTERIES; OPTICAL LENSES; LIFE JACKETS; DOWNLOADABLE MUSIC FILES; DOWNLOADABLE ELECTRONIC PUBLICATIONS,

Reg. No. 4,762,407 NAMELY, CHILDREN'S BOOKS; DOWNLOADABLE ELECTRONIC BOOKS FEATURING CHILDREN'S BOOKS; NOTEBOOK COMPUTERS; BURGLAR ALARMS; SUNGLASSES; SPORTS HELMETS; REMOTE CONTROL APPARATUS FOR TELEVISIONS; APPARATUS FOR THE RECORDING, TRANSMISSION OR REPRODUCTION OF SOUND AND IMAGES; RECORDING AND PLAYING DEVICES FOR SOUND AND IMAGE CARRIERS; EARPHONES; DIVING GLOVES; ELECTRIC CALCULATORS; CASSETTE PLAYERS; HEADPHONES; GOGGLES FOR SPORTS; APPARATUS AND INSTRUMENTS FOR CONDUCTING, SWITCHING, TRANSFORMING, ACCUMULATING, REGULATING OR CONTROLLING ELECTRICITY, NAMELY, TRANSFORMERS, SWITCHES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: PRECIOUS METALS; MEMORIAL PLAQUES OF PRECIOUS METALS; BADGES OF PRECIOUS METAL; BOXES OF PRECIOUS METAL; ORNAMENTS OF PRECIOUS METAL IN THE NATURE OF JEWELRY; KEY RINGS OF PRECIOUS METAL; INSIGNIAS OF PRECIOUS METAL; ALLOYS OF PRECIOUS METAL; ARTICLES OF UNREFINED GOLD, NAMELY, GOLD ORE AND GOLD INGOTS; GOLD THREAD JEWELRY; MEDALS OF PRECIOUS METAL; JEWELRY, NAMELY, NECKLACES; JEWELRY, NAMELY, RINGS; CLOCKS; ARTICLES OF UNREFINED SILVER, NAMELY, SILVER ORE AND SILVER INGOTS; CHAINS OF PRECIOUS METAL; CUFF LINKS; WRISTWATCHES; JEWELRY, NAMELY, BRACELETS; EARRINGS OF PRECIOUS METAL, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: TEACHING MATERIALS, EXCEPT APPARATUS, NAMELY, PRINTED ACTIVITY GUIDES IN THE FIELD OF MATH; PICTURE BOOKS; COMIC BOOKS; MEMO PAPER; STATIONERY; STATIONERY, NAMELY, STICKERS; CHILDREN'S BOOKS; POCKET NOTEBOOKS; SKETCHBOOKS; PENCILS; POSTAGE STAMPS; PRINTED MATTER, NAMELY, BOOKS IN THE FIELD OF MATH; PRINTED PUBLICATIONS, NAMELY, MAGAZINES IN THE FIELD OF CHILDREN'S BOOKS; CRAYONS; WRITING INSTRUMENTS, NAMELY, PENS; WRITING INSTRUMENTS; PENCIL OR PEN BOXES; SCHOOL SUPPLIES, NAMELY, STATIONERY; PAPER; TOILET PAPER, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: RAW OR PARTIALLY PROCESSED GUM, IN CLASS 17 (U.S. CLS. 1, 5, 12, 13, 35 AND 50).

FOR: ALL PURPOSE CARRYING BAGS; LEATHER LEASHES; BOXES MADE OF LEATHER; MULTI-PURPOSE PURSES; RUCKSACKS FOR MOUNTAINEERS; FUR PELTS; BACKPACKS; BOSTON BAGS; RAW SKINS; RIDING SADDLES; SUN UMBRELLAS; TRAVELLING BAGS; TRAVELLING TRUNKS; UMBRELLAS; BACKPACKS FOR CARRYING BABIES; PURSES; SCHOOL SATCHELS; SCHOOL KNAPSACKS; HANDBAGS; PORTABLE COSMETIC BAGS SOLD EMPTY, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: FURNITURE; SIGNBOARDS OF WOOD OR PLASTICS; BINS OF WOOD OR PLASTIC; LIDS OF WOOD OR PLASTICS FOR PACKING; HAND-HELD FLAT FANS; NON-METAL STEP LADDERS; KENNELS FOR HOUSEHOLD PETS; PICTURE FRAMES; CHAIRS; STANDING DESKS; FURNITURE, NAMELY, BOOK RESTS; CURTAIN RAILS; CUSHIONS; BOXES MADE OF PLASTIC; PACKAGING CONTAINERS OF PLASTIC; WORKS OF ART MADE OF TREE BARKS; CONTAINERS NOT OF METAL OR MASONRY, NAMELY, PLASTIC PACKAGING CONTAINERS; BEDS; TABLES; KOREAN-STYLE SLEEPING MATS KNOWN AS YO, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FOR: CROCKERY, NAMELY, POTS, DISHES, DRINKING CUPS, BOWLS; MUGS; BUCKETS; SOAP HOLDERS; BASINS, NAMELY, BOWLS; TABLEWARE OTHER THAN KNIVES, FORKS, AND SPOONS, NAMELY, PLATES, BOWLS, DRINKING CUPS; DUST BINS; PORTABLE BABY BATHS; BOTTLES FOR BEVERAGES, SOLD EMPTY; PIGGY BANKS; DISHES; CHOPSTICKS; CUPS OF PAPER; TOOTHBRUSHES; CUPS; PORTABLE POTS AND PANS FOR CAMPING; PLASTIC BEVERAGE BOTTLES, SOLD EMPTY; PLASTIC CUPS;

Reg. No. 4,762,407 LUNCH BOXES; BASTING SPOONS, FOR KITCHEN USE, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FOR: SILK CLOTH; WOVEN FABRICS FEATURING RIBBON-LIKE WOVEN FABRICS; BLANKETS; PILLOW SHAMS; QUILTS; QUILT COVER; CURTAINS OF TEXTILE OR PLASTIC; SHOWER CURTAINS OF TEXTILE OR PLASTIC; CLOTH LABELS; TOWELS OF TEXTILE; CURTAINS OF TEXTILE; TABLE MATS OF TEXTILE; PENNANTS OF TEXTILE; SLEEPING BAGS IN THE NATURE OF SHEETING; BED COVERS; KOREAN SWADDLING BLANKETS OR QUILTS FOR YOUNG CHILDREN, KNOWN AS PO-DAE-GI; KNITTED FABRICS OF SILK YARN; NON-WOVEN TEXTILE FABRICS; WALL HANGING SCROLLS OF TEXTILE , IN CLASS 24 (U.S. CLS. 42 AND 50).

FOR: SINGLETS; HEADWEAR, NAMELY, CAPS; CLOTHING, NAMELY, MUFFLERS; CLOTHING, NAMELY, WINTER FACE MASKS; WINTER GLOVES; SANDALS; BATHING SUITS; SLIPPERS; FOOTWEAR; CHILDREN'S CLOTHING, NAMELY, PANTS, SHIRTS, JACKETS; SOCKS; ATHLETIC FOOTWEAR; INFANTS' CLOTHING, NAMELY, PAJAMAS, JACKETS; INFANTS' SHOES AND BOOTS; BELTS; JUMPERS; SLEEPING GARMENTS; TEE-SHIRTS; PANTIES; KOREAN TRADITIONAL DRESSES KNOWN AS HANBOK, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: MATTINGS FOR COVERING EXISTING FLOORS; FLOOR COVERINGS; DOOR MATS; BATH MATS; NON-SLIP BATH MATS; CARPET UNDERLAY; WALLPAPER; VINYL FLOOR COVERINGS; NON-TEXTILE WALL HANGINGS; NON-TEXTILE ORNAMENTAL WALL HANGINGS; SPORTS MATS, NAMELY, GYMNASIUM EXERCISE MATS; BATH MATS; AUTOMOBILE CARPETS; TEXTILE WALLPAPER; GYMNASIUM EXERCISE MATS; CARPET TILES; CARPETS; DOOR MATS; RUGS, IN CLASS 27 (U.S. CLS. 19, 20, 37, 42 AND 50).

FOR: APPARATUS FOR GAMES, NAMELY, BASES, BATS, AND BALLS FOR PLAYING OUTDOOR GAMES; BOARD GAMES; RUBBER CHARACTER TOYS; ROLLER SKATES; TOY MOBILES; STUFFED TOYS; STUFFED DOLLS; TOYS, NAMELY, BUBBLE MAKING SOLUTIONS; TOY CONSTRUCTION SETS; PARLOR GAMES; MODEL VEHICLES FOR CHILDREN; TOYS AND PLAYTHINGS, NAMELY, INFANT TOYS, MUSICAL TOYS; TOY BLOCKS; RADIO-CONTROLLED TOY VEHICLES; AMUSEMENT PARK RIDES; DOLLS; TOYS, NAMELY, MODEL TOY VEHICLES; PUZZLES; PLAY BALLOONS; PLASTIC TOYS, NAMELY, MODEL TOY VEHICLES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: FRUIT-BASED SNACK FOOD; FRUIT JELLIES; SOYA MILK BEING A MILK SUBSTITUTE; DRINKING YOGURTS; BUTTER; FAT-CONTAINING MIXTURES FOR BREAD SLICES, NAMELY, MARGARINE; SAUSAGES; YOGURTS; MILK; MILK-BASED BEVERAGES CONSISTING PRIMARILY OF MILK; LACTIC ACID BACTERIA DRINKS; MILK PRODUCTS EXCLUDING ICE CREAM, ICE MILK AND FROZEN YOGURT; FOOD PRODUCTS MADE FROM OIL AND FAT, NAMELY, MARGARINE AND LARD; MEAT PRODUCTS, NAMELY, HEAD CHEESE; CHEESE, IN CLASS 29 (U.S. CL. 46).

FOR: CEREAL-BASED PROCESSED PRODUCTS, NAMELY, CEREAL BARS; CONFECTIONERY, NAMELY, CANDY; HONEY; GREEN TEA; DOUGHNUTS; RICE CAKES; VANILLA FLAVORING; BISCUITS; BREAD; POLISHED RICE; ICED CAKES; ICE CREAM; CHOCOLATE; CHOCOLATE-BASED BEVERAGES; CANDY; CAKES; KETCHUP; CORN FLAKES; PIZZAS, IN CLASS 30 (U.S. CL. 46).

FOR: FRUIT-FLAVORED BEVERAGES; FRUIT JUICES; MINERAL WATER; LEMONADES; POWDERS FOR EFFERVESCING BEVERAGES; APPLE JUICE BEVERAGES; SODA POPS; WATER BEVERAGES; SOFT DRINKS, NAMELY, SODAS; SMOOTHIES; ORANGE JUICE BEVERAGES; FRUIT POWDERS FOR BEVERAGES; FRUIT SYRUPS FOR BEVERAGES; SHERBET BEVERAGES; GINSENG EXTRACTS FOR THE PREPARATION OF BEVERAGES; GINSENG JUICE BEVERAGES; VEGETABLE JUICE BEVERAGES; TOMATO JUICE

**Reg. No. 4,762,407** BEVERAGES; GRAPE JUICE BEVERAGES; NON-ALCOHOLIC FRUIT EXTRACTS FOR USE IN THE PREPARATION OF BEVERAGES, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FOR: GAMING SERVICES IN THE NATURE OF CASINO GAMING; PLANNING ARRANGEMENT OF PERFORMANCES IN THE NATURE OF SHOWS, PLAYS OR MUSICAL PERFORMANCES; FILM PRODUCTION, OTHER THAN ADVERTISING FILMS; INFORMATION ON EDUCATION; OPERATION OF AMUSEMENT PARKS; PRESENTATION OF MUSICAL PERFORMANCE; ENTERTAINMENT SERVICES, NAMELY, PRODUCTION OF LIVE MUSICAL PERFORMANCES; VIDEOTAPE FILM PRODUCTION; PUBLICATION OF BOOKS; SPORT CAMP SERVICES; OPERATION OF CHILDREN'S PLAYGROUNDS; ENTERTAINMENT SERVICES, NAMELY, PRESENTATION OF PERFORMANCES IN THE NATURE OF STAGE PLAYS; DISTRIBUTION, OTHER THAN TRANSPORTATION OF CINE-FILMS; ENTERTAINMENT SERVICES, NAMELY, PROVIDING ONLINE VIDEO GAMES VIA THE INTERNET; PROVIDING TEMPORARY USE OF ONLINE NON-DOWNLOADABLE ELECTRONIC PUBLICATIONS IN THE NATURE OF GENERAL FEATURE MAGAZINES; PUBLICATION OF ELECTRONIC BOOKS AND JOURNALS ON-LINE; ENTERTAINMENT SERVICES, NAMELY, LIVE MUSICAL PERFORMANCES; ENTERTAINMENT SERVICES, NAMELY, PRODUCTION OF DOLL PLAY PERFORMANCES; DISTRIBUTION, OTHER THAN TRANSPORTATION, OF TELEVISION PROGRAMS FOR OTHERS; PRODUCTION OF TELEVISION PROGRAMS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ROBOCAR", APART FROM THE MARK AS SHOWN.

PRIORITY DATE OF 10-26-2012 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1209101 DATED 4-26-2013, EXPIRES 4-26-2023.

THE WORDING "POLI" HAS NO MEANING IN A FOREIGN LANGUAGE.

SER. NO. 79-149,263, FILED 4-26-2013.

KAREN SEVERSON, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,910,663**
**Registered Mar. 8, 2016**
**Int. Cls.: 18 and 25**

**TRADEMARK**

**PRINCIPAL REGISTER**



*Michelle K. Lee*
Director of the United States
Patent and Trademark Office

ROIVISUAL CO., LTD. (REPUBLIC OF KOREA CORPORATION)
3RD FLOOR MYEONGEUN BUILDING
12-3 NONHYUN-DONG, GANGNAM-GU, SEOUL
REPUBLIC OF KOREA

FOR: ALL PURPOSE CARRYING BAGS; LEATHER LEASHES; BOXES MADE OF LEATHER; MULTI-PURPOSE PURSES; RUCKSACKS FOR MOUNTAINEERS; FUR PELTS; BACKPACKS; BOSTON BAGS; RAW SKINS; RIDING SADDLES; SUN UMBRELLAS; TRAVELLING BAGS; TRAVELLING TRUNKS; UMBRELLAS; BACKPACKS FOR CARRYING BABIES; PURSES; SCHOOL SATCHELS; SCHOOL KNAPSACKS; HANDBAGS; PORTABLE COSMETIC BAGS SOLD EMPTY, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: SINGLETS; HEADWEAR, NAMELY, CAPS; CLOTHING, NAMELY, MUFFLERS; SKI MASKS; WINTER GLOVES; SANDALS; BATHING SUITS; SLIPPERS; FOOTWEAR; CHILDREN'S CLOTHING, NAMELY, PANTS, SHIRTS, JACKETS; SOCKS; ATHLETIC FOOTWEAR; INFANTS' CLOTHING, NAMELY, PAJAMAS, JACKETS; INFANTS' SHOES AND BOOTS; BELTS; JUMPERS; SLEEPING GARMENTS; TEE-SHIRTS; PANTIES; KOREAN TRADITIONAL DRESSES KNOWN AS HANBOK, IN CLASS 25 (U.S. CLS. 22 AND 39).

THE MARK CONSISTS OF THE WORDS "ROBOCAR" IN THE COLOR GRAY "POLI" IN THE COLOR WHITE WITH THE SHAPE OF A CAR IN THE "O" OF THE "POLI". THE WORDS ARE INSIDE A CIRCLE WITH A TEXTURED BLACK BACKGROUND AND THE CIRCLE IS OUTLINED IN GRAY AND A TRIANGLE SHAPE IS ON BOTH SIDES WITH THREE STRIPES ON EACH SIDE IN ALTERNATE SHADES OF GRAY GIVING THE APPEARANCE OF WINGS.

PRIORITY DATE OF 10-26-2012 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1213307 DATED 4-26-2013, EXPIRES 4-26-2023.

THE COLOR(S) BLACK, WHITE AND GRAY IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE WORDING "ROBOCAR POLI" HAS NO MEANING IN A FOREIGN LANGUAGE.

SER. NO. 79-150,869, FILED 4-26-2013.

**Reg. No. 4,910,663** JACQUELINE ABRAMS, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



Reg. No. 4,743,917
Registered May 26, 2015

Int. Cl.: 28

**TRADEMARK**

**PRINCIPAL REGISTER**



*Michelle K. Lee*
Director of the United States
Patent and Trademark Office

ROI VISUAL CO. LTD. (REPUBLIC OF KOREA LIMITED LIABILITY COMPANY)
3F MYEONGEU B/D, 67-7
NONHYEON-RO 149-GIL, GANGNAM-GU
SEOUL, REPUBLIC OF KOREA

FOR: TOYS, GAMES AND PLAYTHINGS, NAMELY, TOY VEHICLES, HELICOPTERS AND ACCESSORIES THEREFOR; TOY ACTION FIGURES AND ACCESSORIES THEREFOR; TOY PLAYSETS FOR USE IN CONNECTION WITH TOY ACTION FIGURES, VEHICLES AND HELICOPTERS; CHILDREN'S PLAY HOUSE AND PLAYSETS IN THE SHAPE OF HOUSE, CASTLE, FACTORY, STATION, WORKPLACE AND THE LIKE; TOY TRACK PLAYSETS AND ACCESSORIES THEREFOR; DIE-CAST SCALE MODEL VEHICLES AND HELICOPTERS; TOY VEHICLES AND TOY ROBOTS CONVERTIBLE INTO OTHER VISUAL TOY FORMS; TOY ROBOTS; ELECTRONIC ACTION TOYS; ELECTRONIC LEARNING TOYS; CHILDREN'S MULTIPLE ACTIVITY TOYS; ACTION SKILL GAMES; MOLDED TOY FIGURES, PLASTIC ACTION FIGURE TOYS, BATTERY OPERATED ACTION TOYS, NON-BATTERY OPERATED ACTION TOY FIGURES; MOTORIZED, REMOTE, INFRARED AND RADIO-CONTROLLED TOY VEHICLES AND HELICOPTERS; TOY MINI-CAR GAME SETS AND ACCESSORIES THEREFOR; AND CASES FOR TOY VEHICLES, HELICOPTERS, FIGURES AND PLAYSETS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 3-5-2011; IN COMMERCE 10-3-2014.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ROBOCAR", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF A INVERSED LADDER-SHAPED WITH SIX STRIPES THEREON, ON TOP OF THE LADDER-SHAPED, IT HAS A OVAL WITH A OVAL WITHIN IT, WITH A LINE BETWEEN THE TWO OVALS, AND THE WORDS "ROBOCAR POLI" SUPERIMPOSED ON THE INNER OVAL, WITH A CAR-SHAPE INSIDE THE LETTER "O".

THE WORDING "POLI" HAS NO MEANING IN A FOREIGN LANGUAGE.

SN 85-535,390, FILED 2-6-2012.

SEAN CROWLEY, EXAMINING ATTORNEY