

# COPY OF DEPOSIT

# VA 1-807-317

### (1-724235281)

**NOTE:** deposits submitted electronically bear no identifying marks.

**Registration Number**

# VA 1-807-317

**Effective date of registration:**

February 13, 2012

## Title

**Title of Work:** Transforming Vehicle and Robot

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** February 28, 2011     **Nation of 1st Publication:** Korea (South)

## Author

■     **Author:** ROI VISUAL CO. LTD.

**Author Created:** photograph(s), 2-D artwork, sculpture, 3-D artwork

**Work made for hire:** Yes

**Citizen of:** Korea (South)     **Domiciled in:** Korea (South)

**Anonymous:** Yes

## Copyright claimant

**Copyright Claimant:** ROI VISUAL CO. LTD.

3F BK B/D NONHYEON-DONG 16-30, GANGNAM-GU, SEOUL, Korea (South)

## Rights and Permissions

**Organization Name:** SILVERLIT TOYS MANUFACTORY LTD.

**Address:** Room 1701-03, 17thFloor, World Trade Centre,

280 Gloucester Road,

Causeway Bay,    Hong Kong

## Certification

**Name:** Kate Wong

**Date:** February 13, 2012

**Correspondence:** Yes

**Registration #:**   VA0001807317
**Service Request #:**   1-724235281

Silverlit Toys Manufactory Ltd.
Kate Wong
Room 1701-03, 17th Floor, World Trade Centre,
280 Gloucester Road,
Causeway Bay,,  999077  Hong Kong



**FRONT – CAR MODE**



**FRONT – ROBOT MODE**



**FRONT LEFT 45° – CAR MODE**



**FRONT RIGHT 45° – ROBOT MODE**



**TOP – CAR MODE**



**TOP – ROBOT MODE**



**LEFT – CAR MODE**



**RIGHT– ROBOT MODE**



**BOTTOM – CAR MODE**



**BOTTOM – ROBOT MODE**



**REAR LEFT 45° - ROBOT MODE**



**REAR RIGHT 45° - CAR MODE**

P.2



**REAR – CAR MODE**



**REAR – ROBOT MODE**



# COPY OF DEPOSIT

# VA 1-811-873

### (1-724298449)

**NOTE:** deposits submitted electronically bear no identifying marks.

**Registration Number**

# VA 1-811-873

**Effective date of
registration:**

February 13, 2012

## Title

**Title of Work:** Transforming Vehicle and Robot 83171

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** February 28, 2011  **Nation of 1st Publication:** Korea (South)

## Author

▪ **Author:** ROI VISUAL CO. LTD.

**Author Created:** photograph(s), sculpture, 3-D artwork

**Work made for hire:** Yes

**Citizen of:** Korea (South)  **Domiciled in:** Korea (South)

**Anonymous:** Yes

## Copyright claimant

**Copyright Claimant:** ROI VISUAL CO. LTD.

3F BK B/D NONHYEON-DONG 16-30, GANGNAM-GU, SEOUL, Korea
(South)

## Rights and Permissions

**Organization Name:** ROI VISUAL CO. LTD.

**Address:** 3F BK B/D NONHYEON-DONG 16-30

GANGNAM-GU

SEOUL,, 135-010 Korea (South)

## Certification

**Name:** Kate Wong

**Date:** February 13, 2012

**Correspondence:** Yes

**Registration #:**  VA0001811873

**Service Request #:**  1-724298449

Silverlit Toys Manufactory Ltd.
Kate Wong
Room 1701-03, 17th Floor, World Trade Centre,
280 Gloucester Road,
Causeway Bay,, 999077 Hong Kong

P.1



**FRONT – CAR MODE**



**FRONT – ROBOT MODE**



**FRONT LEFT 45° – CAR MODE**



**FRONT RIGHT 45° – ROBOT MODE**



**TOP – CAR MODE**



**TOP – ROBOT MODE**

P.7



**LEFT – CAR MODE**



**RIGHT– ROBOT MODE**

**P.6**



**BOTTOM – CAR MODE**



**BOTTOM – ROBOT MODE**

**P.4**



**REAR LEFT 45° - ROBOT MODE**



**REAR RIGHT 45° - CAR MODE**

**P.2**



**REAR – CAR MODE**



**REAR – ROBOT MODE**



# COPY OF DEPOSIT

# VA 1-815-319
## (1-724298532)

**NOTE:** deposits submitted electronically bear no identifying marks.

**Registration Number**

# VA 1-815-319

**Effective date of registration:**

February 13, 2012

## Title

**Title of Work:** Transforming Vehicle and Robot 83172

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** February 28, 2011    **Nation of 1st Publication:** Korea (South)

## Author

- **Author:** ROI VISUAL CO. LTD.

    **Author Created:** photograph(s), 2-D artwork

    **Work made for hire:** Yes

    **Citizen of:** Korea (South)    **Domiciled in:** Korea (South)

    **Anonymous:** Yes

## Copyright claimant

**Copyright Claimant:** ROI VISUAL CO. LTD.

3F BK B/D NONHYEON-DONG 16-30, GANGNAM-GU, SEOUL, Korea (South)

## Rights and Permissions

**Organization Name:** ROI VISUAL CO. LTD.

**Address:** 3F BK B/D NONHYEON-DONG 16-30,

GANGNAM-GU,

SEOUL,,    Korea (South)

## Certification

**Name:** Kate Wong

**Date:** February 13, 2012

**Correspondence:** Yes

**Registration #:**   VA0001815319
**Service Request #:**   1-724298532

Silverlit Toys Manufactory Ltd.
Kate Wong
Room 1701-03, 17th Floor, World Trade Centre,
280 Gloucester Road,
Causeway Bay,,  999077  Hong Kong



**FRONT – CAR MODE**



**FRONT – ROBOT MODE**



**FRONT LEFT 45° – CAR MODE**



**FRONT RIGHT 45° – ROBOT MODE**



**TOP – CAR MODE**



**TOP – ROBOT MODE**

P.7



**LEFT – CAR MODE**



**RIGHT– ROBOT MODE**



**BOTTOM – CAR MODE**



**BOTTOM – ROBOT MODE**

**P.4**



**REAR LEFT 45° - ROBOT MODE**



**REAR RIGHT 45° - CAR MODE**

P.2



**REAR – CAR MODE**



**REAR – ROBOT MODE**